IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00750-MOC-SCR

| | | |
|---|---|---|
| JOHN DOE, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BLUE CROSS BLUE SHIELD OF NORTH CAROLINA, | ) ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Brian S. King]" (Doc. No. 12) filed November 13, 2023. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.    Signed: November 13, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge